# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**LEON AARON MORRIS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Civil Action No. 2:14cv18**
　　　　　　　　　　　　　　　　　　　　　　　　　　**(Judge Bailey)**

**CHARLES E. SAMUELS, Jr., et al.,**

    **Defendants.**

## ORDER DENYING MOTION TO OBTAIN FOIA/PA REQUEST

On March 5, 2014, the plaintiff initiated this civil rights action regarding events that occurred at FCI Gilmer in September of 2011. The matter has been screened and an Order entered to serve the defendants with 60 day summonses. Currently pending is the plaintiff's "Motion to Obtain FOIA/PA Request." More specifically, the plaintiff is seeking "exculpatory" evidence from the Beckley Consolidated Legal Center, and in particular, a lock-up order for an inmate other than the plaintiff.

Based upon an exhibit tendered by the plaintiff, it appears that he requested copies of his own incident reports, pay grade, bonuses, hours in plumbing, apprentice hours completed, progress reports, and documents showing job changes. The Beckley Consolidated Legal Center responded that they had located 66 pages responsive to his request and determined that all 66 pages were available for release to him in their entirety. However, with respect to his request for information for other inmates, the Center noted that he had failed to provide the proper authorization.

In his Motion, the plaintiff requests that this information regarding other inmates be made available to the court for its reviewing only. The plaintiff misunderstands the limits of a FOIA request and the Privacy Act. Although the plaintiff may be entitled to his own disciplinary records, he is not entitled to those of other inmates. Nor, is this Court available to act as his conduit to obtain information to which he is not otherwise entitled.

Accordingly, for the reasons set forth above, the defendant's Motion (Doc. 13) is **DENIED**.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to the *pro se* plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to counsel of record, as applicable.

Dated: October 22, 2014.

/s Robert W. Trumble
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE